**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:  Samantha Tianne Erickson v. Lee Robert Erickson

Appellate case number:  01-19-00481-CV

Trial court case number:  2013-10540

Trial court:  308th District Court of Harris County

      Appellant has filed a notice of appeal from the trial court's June 28, 2019 order modifying the parent-child relationship. On July 1, 2019, appellant filed an emergency motion requesting that this Court stay enforcement of the order during her appeal. The motion is **denied**.

      It is so ORDERED.

Judge's signature: ____/s/ Sarah B. Landau__
                             Acting individually

Date: __July 5, 2019_____